UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Jul 23, 2009

FILED
CLERK'S OFFICE

**UNITED STATES JUDICIAL PANEL**
**on**
**MULTIDISTRICT LITIGATION**

IN RE: CITIGROUP, INC., AUCTION RATE SECURITIES (ARS)
MARKETING LITIGATION (NO. II)
K-V Pharmaceutical Co. v. Citigroup Global Markets, Inc., )
E.D. Missouri, C.A. No. 4:09-309 )  MDL No. 2043

### ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in this action (*K-V Pharmaceutical*) on June 17, 2009. Prior to expiration of that order's 15-day stay of transmittal, plaintiff in *K-V Pharmaceutical* filed a notice of opposition to the proposed transfer. Plaintiff subsequently failed to file the required motion and brief to vacate the conditional transfer order.

IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-1" filed on June 17, 2009, is LIFTED. This action is transferred to the Southern District of New York for inclusion in the coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407 being conducted by the Honorable Laura Taylor Swain.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

CHAIRMAN:
John G. Heyburn II
United States District Court
Western District of Kentucky

MEMBERS:
Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Kathryn H. Vratil
United States District Court
District of Kansas

David R. Hansen
United States Court of Appeals
Eighth Circuit

W. Royal Furgeson, Jr.
United States District Court
Northern District of Texas

Frank C. Damrell, Jr.
United States District Court
Eastern District of California

DIRECT REPLY TO:

Jeffery N. Lüthi
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:        [202] 502-2888
http://www.jpml.uscourts.gov

July 23, 2009

James G. Woodward, Clerk
3300 Thomas F. Eagleton U.S. Courthouse
111 South Tenth Street
St. Louis, MO 63102-1116

Re: MDL No. 2043 -- IN RE: Citigroup, Inc., Auction Rate Securities (ARS) Marketing Litigation (No. II)

(See Attached Order)

Dear Mr. Woodward:

A conditional transfer order was filed in the above matter on June 17, 2009. Prior to the expiration of that order's 15-day stay, opposition to the proposed transfer was filed and, pursuant to Rule 7.4(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435 (2001), the conditional transfer order was stayed until further order of the Panel. The opposition has now been withdrawn and I am therefore attaching as a separate PDF document a copy of today's order lifting the stay of the conditional transfer order and transferring the action pursuant to 28 U.S.C. § 1407. The order is directed to you for filing. A certified copy of this order has also been transmitted via email today to the Southern District of New York.

A list of involved counsel is attached.

Very truly,

Jeffery N. Lüthi
Clerk of the Panel

By Tanisha Spinner
Deputy Clerk

Attachment

cc: Transferor Judge: Judge Henry Edward Autrey

JPML Form 68B

IN RE: CITIGROUP, INC., AUCTION RATE SECURITIES (ARS)
MARKETING LITIGATION (NO. II)                     MDL No. 2043

## INVOLVED COUNSEL LIST

Robert P. Berry
BERRY & MAXSON LLC
16150 Main Circle Dr., Suite 120
St. Louis, MO 63017

Jerome M. Congress
MILBERG LLP
One Penn Plaza
New York, NY 10119-0165

Charles E. Davidow
PAUL WEISS RIFKIND WHARTON
    & GARRISON LLP
2001 K. Street, N.W.
Washington, DC 20006-1047

Patricia L. Dodge
MEYER UNKOVIC & SCOTT LLP
Henry W. Oliver Building
535 Smithfield Street, Suite 1300
Pittsburgh, PA 15222-2315

Daniel C. Girard
GIRARD GIBBS LLP
601 California Street, Suite 1400
San Francisco, CA 94108

Robert L. Herskovits
GUSRAE KAPLAN BRUNO & NUSBAUM PLLC
120 Wall Street, 11th Floor
New York, NY 10005

Eduard Korinsky
LEVI & KORSINSKY LLP
39 Broadway, Suite 1601
New York, NY 10006

Joel P. Laitman
SCHOENGOLD SPORN LAITMAN
    & LOMETTI PC
19 Fulton Street
Suite 406
New York, NY 10038

Jonathan K. Levine
GIRARD GIBBS LLP
601 California Street
Suite 1400
San Francisco, CA 94108

Jon A. Santangelo
STINSON MORRISON HECKER LLP
100 South Fourth Street, Suite 700
St. Louis, MO 63102

Robert S. Schachter
ZWERLING SCHACHTER & ZWERLING LLP
41 Madison Avenue
New York, NY 10010

Ravi Ivan Sharma
RAVI IVAN SHARMA LAW OFFICES
404 Park Avenue South, 14th Floor
New York, NY 10016

Gabrielle E. Tenzer
PAUL WEISS RIFKIND WHARTON
    & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019-6064

Joe R. Whatley, Jr.
WHATLEY DRAKE & KALLAS LLC
1540 Broadway, 37th Floor
New York, NY 10036

Nicole S. Zellweger
STINSON & MORRISON
168 N. Meramec, Suite 400
St. Louis, MO 63105-3763