JUDGE SWAIN

'09 CIV 6553

A CERTIFIED TRUE COPY
ATTEST
By Tanisha Spinner on Jul 23, 2009

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Jul 23, 2009

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: CITIGROUP, INC., AUCTION RATE SECURITIES (ARS)
MARKETING LITIGATION (NO. II)
K-V Pharmaceutical Co. v. Citigroup Global Markets, Inc.,
E.D. Missouri, C.A. No. 4:09-309                    )
                                                    )    MDL No. 2043

SDNY 7/23/09

### ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in this action (*K-V Pharmaceutical*) on June 17, 2009. Prior to expiration of that order's 15-day stay of transmittal, plaintiff in *K-V Pharmaceutical* filed a notice of opposition to the proposed transfer. Plaintiff subsequently failed to file the required motion and brief to vacate the conditional transfer order.

IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-1" filed on June 17, 2009, is LIFTED. This action is transferred to the Southern District of New York for inclusion in the coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407 being conducted by the Honorable Laura Taylor Swain.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

A CERTIFIED COPY
J. MICHAEL McMAHON, CLERK

BY _____
        DEPUTY CLERK

RECEIVED
BY MAIL

JUL 3 0 2009

U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
Southern District of New York
Office of the Clerk
500 Pearl Street
New York, N.Y. 10007
(212) 805-0646

J. Michael McMahon
Clerk

USDC EASTERN DISTRICT OF MISSOURI

Date:  07/23/2009

In Re: CITIGROUP, INC. (ARS)
MARKETING LITIGATION
MDL    2043

| Your Docket # | S.D. OF N.Y. |
|---|---|
| 4:09-309 | 09 CV 6553 |

Dear Sir:

    Enclosed is a certified copy of the order of the Judicial Panel on Multidistrict Litigation, transferring the above entitled action presently pending in your court, to the Southern District of New York and assigned to Judge SWAIN for coordinated or consolidated pretrial processing pursuant to 28 USC 1407.

    Please return the copy of this letter when transmitting a CERTIFIED COPY OF THE DOCKET SHEET. We will retrieve the documents using our Pacer system. Please note we DO NOT utilize the CM/ECF transfer function.

Sincerely,
J.Michael McMahon


By: PHYLLIS ADAMIK
MDL Unit
(212) 805-0646